# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cr-131 |
| vs. | : | Judge Timothy S. Black |
| GARY A. MAURER, | : | |
| Defendant. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

This criminal case is before the Court on the Report and Recommendations of United States Magistrate Judge Michael R. Merz. (Doc. 18). Specifically, having held an evidentiary hearing, Judge Merz recommends that the appropriate restitution amount owed to the victims is $310,460.30, and that a reasonable monthly payment amount for restitution is $1,150.00. (*Id*.) The parties did not file objections to the Report and Recommendations, and the time for doing so expired on October 14, 2016. (*Id*.)

The Court, having reviewed the matter pursuant to 28 U.S.C. § 636(b), hereby **ADOPTS** the Report and Recommendations (Doc. 18) of the United States Magistrate Judge.

**IT IS SO ORDERED**.

Date: 10/31/16

Timothy S. Black
United States District Judge